UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

        Petitioner,

  v.

BEN CURRY ,

        Respondent.

Case Number: CV07-04647 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 13, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ivan Von Staich E-10079
Correctional Training Facility-Central
P.O. Box 689
Soledad, CA 93960

Dated: September 13, 2007

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk