# EXHIBIT 3

**FILED**

MAR 0 8 2007

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By M. Murphy, Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF MARIN

In the Matter of the Application of:
JERRY RUTHERFORD (et al.),

    Petitioner,

for a Writ of *Habeas Corpus*

IVAN VON STAICH, class member.

Case No.: SC135399A

ORDER RE CLASS MEMBER STAICH'S APPLICATION FOR A WRIT OF *HABEAS CORPUS*

    The court has read and considered the application for a writ of *habeas corpus* filed on January 5, 2007 by class member Ivan Von Staich. In it, Mr. Von Staich complains about the scheduling of his parole hearing. He received a four-year denial on November 5, 2002, so that his subsequent parole consideration hearing should have taken place on or before November 5, 2006.

    The undersigned has been advised by class counsel that Mr. Von Staich's parole eligibility hearing is now scheduled for May 11, 2007, at 10:30 A.M. It therefore appears to the court that this application is moot. It is denied without prejudice to its renewal if the hearing does not go forward as scheduled.

Dated: 03-08-07

                                              Verna A. Adams
                                              Judge of the Superior Court

STATE OF CALIFORNIA )
COUNTY OF MARIN     )

IN RE: **JERRY RUTHERFORD**

ACTION NO.: SC135399A

(PROOF OF SERVICE BY MAIL – 1013A, 2015.5 C.C.P.)

I AM AN EMPLOYEE OF THE SUPERIOR COURT OF MARIN; I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE WITHIN ABOVE-ENTITLED ACTION; MY BUSINESS ADDRESS IS CIVIC CENTER, HALL OF JUSTICE, SAN RAFAEL, CA 94903. ON **March 8, 2007** I SERVED THE WITHIN ***ORDER RE CLASS MEMBER STAICH'S APPLICATION FOR A WRIT OF HABEAS CORPUS*** IN SAID ACTION TO ALL INTERESTED PARTIES, BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID, IN THE UNITED STATES POST OFFICE MAIL BOX AT SAN RAFAEL, CA ADDRESSED AS FOLLOWS:

| | |
|---|---|
| *IVAN VON STAICH*<br>*CDC# E-10079*<br>*CORRECTIONAL TRAINING FACILITY*<br>*PO BOX 689*<br>*C-WING – 137 U*<br>*SOLEDAD, CA 93960-0689* | *WARDEN*<br>*CORRECTIONAL TRAINING FACILITY*<br>*PO BOX 689*<br>*SOLEDAD, CA 93960-0689* |
| *ATTORNEY GENERAL*<br>*ATTN: ANYA BINSACCA*<br>*CORRECTIONAL LAW SECTION*<br>*455 GOLDEN GATE AVENUE*<br>*12TH FLOOR*<br>*SAN FRANCISCO, CA 94102* | *UNCOMMON LAW*<br>*1300 CLAY STREET*<br>*SUITE 600*<br>*OAKLAND, CA 94612* |
| *PRISON LAW OFFICE*<br>*2173 EAST FRANCISCO BLVD.*<br>*SUITE M*<br>*SAN RAFAEL, CA 94901* | |

*I CERTIFY (OR DECLARE), UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.*

DATE: 3/8/07                    M Murphy