# EXHIBIT 5

ORIGINAL

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

FILED
COURT OF APPEAL FIRST APPELLATE DISTRICT

APR 10 2007

DIANA HERBERT, CLERK

_____ DEPUTY CLERK

| In re EVAN VON STAICH, on Habeas Corpus. | A117289<br><br>(Marin County Super. Ct. No. SC135399A) |
|---|---|

BY THE COURT:

The petition for writ of habeas corpus is denied.

Dated: APR 10 2007                                            _____ P.J.

1

AFFIDAVIT OF TRANSMITTAL

I am a citizen of the United States, over 18 years of age, and not a party to the within action; that my business address is 350 McAllister Street, San Francisco, CA 94102; that I served a copy of the attached material in envelopes addressed to those persons noted below.

That said envelopes were sealed and shipping fees fully paid thereon, and thereafter were sent as indicated via the U.S. Postal Service from San Francisco, CA 94102 or, alternatively, served via inter-office mail.

I certify under penalty of perjury that the foregoing is true and correct.

Diana Herbert, Clerk of the Court

_STACY WHEELER_
Deputy Clerk

APR 1 0 2007
Date

CASE NUMBER: A117289

Office of the Clerk
Marin County Superior Court
Attention: Appeals Section
3501 Civic Center Drive
San Rafael, CA 94903

Material Sent YES: ____

Material Sent YES: ✓

Ivan Von Staich
CDC:E-10079
CTF C-Wing-137U
P.O. Box 689
Soledad, CA 93960-0689

Material Sent YES: ✓

Office of the Attorney General
455 Golden Gate Avenue - Suite 1100
San Francisco, CA 94102

Material Sent YES: ____

adda