**EXHIBIT 7**

Court of Appeal, First Appellate District, Div. 2 - No. A117289
**S151888**

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re IVAN VON STAICH on Habeas Corpus

The petition for review is denied.

SUPREME COURT
**FILED**

JUN 1 3 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice

# EXHIBIT 8

SUPERIOR COURT OF CALIFORNIA

COUNTY OF MONTEREY

FILED
SEP 2 8 2007
LISA M. GALDOS
CLERK OF THE SUPERIOR COURT
S. GARSIDE   DEPUTY

In re

    Ivan Von Staich

            On Habeas Corpus.

Case No.: HC 5854

ORDER

    On August 2, 2007, Petitioner Ivan Von Staich filed a petition for writ of habeas corpus. Petitioner is currently incarcerated at Correctional Training Facility in Soledad.

    Petitioner was convicted of second degree murder. He was sentenced to 15 years to life. His conviction and sentencing occurred in Orange County.

    At his parole suitability hearing on May 10, 2007, the Board of Parole Hearings (Board) issued a four-year denial of parole. The Board recommended a new psychological report for the next parole suitability hearing in 2011. Petitioner claims that the Board determined that he met the criteria of Penal Code section 2962. Petitioner claims that he is not able to submit a copy of the parole suitability hearing transcript because he has not received one from the Board.

    Petitioner brings this petition pursuant to Penal Code section 2966(b). Petitioner claims that the Board improperly determined that he met the criteria of Penal Code section 2962.

    Pursuant to California Rules of Court, Rule 4.551(b), the court requests an informal response from the Office of the Attorney General (Respondent). The informal response should address the following questions: 1) Has there been a Penal Code section 2966(a) hearing held by the Board?; and 2) Has the Board determined that Petitioner met the criteria of Penal Code section 2962?

1  The informal response shall be filed within 30 days from the date of service of this order.
2  Petitioner may file a reply within 30 days from the date of service of the informal response upon
3  Petitioner.
4  **The informal response and reply should be mailed to the attention of the Habeas**
5  **Corpus Department of the Monterey County Superior Court.**
6  IT IS SO ORDERED.
7  Dated: 09-28-07

Hon. Stephen A. Sillman
Judge of the Superior Court

## CERTIFICATE OF MAILING

### C.C.P. SEC. 1013a

I do hereby certify that I am not a party to the within stated cause and that on

__OCT 0 1 2007__ I deposited true and correct copies of the following document:

ORDER in sealed envelopes with postage thereon fully prepaid, in the mail at Salinas, California, directed to each of the following named persons at their respective addresses as hereinafter set forth:

Ivan Non Staich, E-10079
Central Training Facility
PO Box 689
Soledad, CA 93960

Office of the Attorney General
455 Golden Gate Ave, Suite 11000
San Francisco, CA 94102
Attn: Correctional Law Section

Dated: OCT 0 1 2007

LISA M. GALDOS,
Clerk of the Court

By: _____
Deputy  S. GARSIDE