United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

    Petitioner,

vs.

BEN CURRY, Warden,

    Respondent.
                                 /

No. C 07-4647 PJH (PR)

**JUDGMENT**

Pursuant to the court's order entered today dismissing the petition for a writ of habeas corpus, judgment is entered in favor of respondent and against petitioner. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 19, 2008.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\VonStaich4647.judgmt.wpd