```
                                            FILED
1  IVAN VON STAICH
   Prison # E-10079 (AQ-1315)               08 JUL 28 PM 2: 33
2  California Men's Colony State Prison
   Post Office Box  8101
3  San Luis Obispo, Ca. 93409-8101

4  (Petitioner In Pro Se)
```

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

* * *

| | |
|---|---|
| IVAN VON STAICH, | ) Docket No._____ |
| Petitioner-Appellant, | ) (N.D.Cal. No. C 07-4647 PJH (PR) |
| vs. | ) MOTION TO PROCEED IN FORMA<br>) PAUPERIS, FILED UNDER Fed.R.App.<br>) P. 24(a); |
| Ben Curry, Warden, et al., | ) FINANCIAL AFFIDAVIT IN SUPPORT |
| Respondents-Appellees. | ) OF MOTION ATTACHED |

TO THE HONORABLE PRESIDING JUSTICES

IN AND FOR THE NINTH CIRCUIT COURT OF APPEALS

1. **Petitioner-Appellant** Ivan Von Staich, moves this Court to allow this appeal to proceed in forma pauperis from the eastern district court pursuant to Fed.R.App.P. 24(a), which authorizes this Court to grant forma pauperis in this case.

2. **Petitioner-Appellant** has attached the CJA-23 declaration of indigence and the Affidavit concerning Appellant's Forma pauperis status, which supports this motion.

3. However, if this information is not sufficient this Court can draft its own forma pauperis application form and Appellant is willing to comply with all the requirements for pursuing his appeal in this Court.

PAGE-1-MOTION FOR FORMA PAUPERIS

Wherefore, Appellant, Ivan Von Staich, hereby prays this motion for forma pauperis status will be granted in its entirety and that Appellant will be allowed to proceed with his appeal forthwith.

Dated this 15th day of JULY 2008.

Respectfully Submitted,

_____
IVAN VON STAICH
**Petitioner** In Pro Se
Without Bar Licensed Counsel

PAGE-2-MOTION FOR FORMA PAUPERIS

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below) | | LOCATION NUMBER |
|---|---|---|---|
| IN THE CASE OF | IVAN VON STAICH (Petitioner) VS. Ben Curry, Warden et al., | FOR _____ AT _____ | |

| PERSON REPRESENTED (Show your full name) | | DOCKET NUMBERS |
|---|---|---|
| IVAN VON STAICH (Petitioner) | 1 ☐ Defendant – Adult<br>2 ☐ Defendant – Juvenile<br>3 ☐ Appellant<br>4 ☐ Probation Violator<br>5 ☐ Parole Violator<br>6 ☐ Habeas Petitioner<br>7 ☐ 2255 Petitioner<br>8 ☐ Material Witness<br>9 ☒ Other (Specify) Appeal | Magistrate<br>Judge<br>District Court<br>C-07-4647 PJH<br>Court of Appeals<br>NONE CURRENTLY |
| CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor<br>NOT APPLICABLE | | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ NONE.
IF NO, give month and year of last employment Unknown
How much did you earn per month? $ Incarcerated
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: NONE.   SOURCES:
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE: NONE.   DESCRIPTION:
IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: None.
List persons you actually support and your relationship to them: None.

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: N/A INCARCERATED FOR "LIFE"
Creditors: NONE.
Total Debt: $ _____
Monthly Payt.: $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

Ivan Von Staich

SIGNATURE OF DEFENDANT

Form 4.   Affidavit Accompanying Motion for Permission to Appeal In Forma
          Pauperis   NINTH CIRCUIT COURT OF APPEALS

A R  Plaintiff       (Petitioner)
IVAN VON STAICH
v.                                    Case No. **N.D. Cal. No. C**  07-4647 PJH (PR)

C.D., Defendant
**Ben Curry, Warden, et al.,**

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: _____ |

My issues on appeal are:
(a)   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.   Note: Incarcerated for life no prison job.

|  | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| Income source | You | Spouse | You | Spouse |
| Employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |

| | | | | |
|---|---|---|---|---|
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment pymts. | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): 0 | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None. | None. | None. | None. |
| " | " | " | " |
| " | " | " | " |

3. *List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| None. | None. | None. | None. |
| " | " | " | " |
| " | " | " | " |

4. *How much cash do you and your spouse have?*   $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| None. | None. | $ 0 | $ 0 |
| " | " | $ 0 | $ 0 |
| " | " | $ 0 | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor vehicle #1 (Value) |
|---|---|---|---|---|
| None. | None. | None. | None. | None. |
| " | " | " | " | Make & year: None. |
| " | " | " | " | Model: None. |
| | | | | Registration #: None |

| Motor vehicle #2 (Value) | Other assets (Value) | Other assets (Value) |
|---|---|---|
| None. | None. | None. |
| Make & year: None. | " | " |
| Model: | " | " |
| Registration #: None. | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None. | None. | None. |
| " | " | " |
| " | " | " |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| None. | None. | None. |
| " | " | " |
| " | " | " |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) Are real-estate taxes included? ☐ Yes ☒ No Is property insurance included? ☐ Yes ☒ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 0 | $ 0 |
| Clothing | $ 0 | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 0 | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in Mortgage payments) | $ 0 | $ 0 |
| Homeowner's or renter's | $ 0 | $ 0 |
| Life | $ 0 | $ 0 |

| | | |
|---|---|---|
| Health | $ 0 | $ 0 |
| Motor Vehicle | $ 0 0 | $ 0 0 |
| Other: None. | $ 0, | $ 0 |
| Taxes (not deducted from wages or included in Mortgage payments) (specify): None. | $ 0 | $ 0 |
| Installment payments | $ 0 | $ 0 |
| Motor Vehicle | $ 0 | $ 0 |
| Credit card (name): None. | $ 0 | $ 0 |
| Department store (name): None. | $ 0 | $ 0 |
| Other: None. | $ 0 | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): None. | $ 0 | $ 0 |
| Total monthly expenses: | $ 0 | $ 0 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
   ☐ Yes   ☒ No           If yes, describe on an attached sheet.

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?
    Yes ☐    No ☒

If yes, how much? $ None.
If yes, state the attorney's name, address, and telephone number:
                    None.

11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes    ☒ No

If yes, how much? $ __None.__

If yes, state the person's name, address, and telephone number:

None.

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am currently serving life in prison without a paying prison job.

13. State the address of your legal residence.
California Men's Colony State Prison
Prison # E-10079 AQ-1315
P.O. Box 8101
San Luis Obispo, Ca. 93409-8101

Your daytime phone number: (___) Not allowed any phone in prison.

Your age: 52        Your years of schooling: 12

Your social-security number: Don't know been incarcerated 25 years.

## PROOF OF SERVICE BY MAIL
### BY PERSON IN STATE CUSTODY
(C.C.P. §§ 1013(A), 2015,5)

I, __IVAN VON STAICH__, declare:

I am over 18 years of age and I am party to this action. I am a resident of California Men's Colony State------- prison, in the County of San Luis Obispo.............. My prison address is:

IVAN VON STAICH . CDCR #: E-10079  (AQ-1315)
California Men's Colony State Prison
P.O. BOX 8101
San Luis Obispo, Ca. 93409-8101

On __7-15-08__, I served the attached:

Motion to proceed in forma pauperis

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follows:

U.S. Court of Appeals
P. O. Box 193939
San Francisco, Ca. 94119-3939

Attn: Filing Clerk

Office of the Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, Ca. 94102-7004

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on __7-15-08__.

IVAN VON STAICH E-10079
_____
Declarant