UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVAN VON STAICH,

    Petitioner,

  vs.

BEN CURRY, Warden,

    Respondent.

No. C 07-4647 PJH (PR)

**ORDER DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

(Docket No. 12)

    Petitioner, a California prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the failure by the Board of Parole Hearings to hold a parole suitability hearing. On June 19, 2008, the court dismissed the petition and entered judgment in favor of respondent. On July 28, 2008, petitioner filed a notice of appeal. A certificate of appealability is not required in the instant case because petitioner challenged "an administrative decision regarding the execution of his sentence." *Rosas v. Nielsen*, 428 F.3d 1229, 1232 (9th Cir. 2005).

    Petitioner also filed a motion to proceed in forma pauperis on appeal and a supporting financial affidavit to demonstrate inability to pay fees and costs, but the affidavit is unsigned. Because the court previously has permitted petitioner to proceed in forma pauperis, he may proceed on appeal in forma pauperis without further authorization pursuant to Rule 24 of the Federal Rules of Appellate Procedure. Accordingly, Petitioner's motion to proceed in forma pauperis on appeal (docket no. 12) is DENIED as moot. The

///

///

Clerk shall process the appeal and transmit the file, including a copy of this order, to the Court of Appeals.

**IT IS SO ORDERED.**

Dated: August 4, 2008

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\HC.07\VonStaich4647.IFP_appeal.wpd