IVAN VON STAICH
E-10079 AQ-1315
California Mens Colony State Prison
P.O.Box 8101
San Luis Obispo, Ca. 93409-8101

(Petitioner In Pro Se)

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

* * *

| | |
|---|---|
| IVAN VON STAICH, ) | Docket No._____ |
| Petitioner-Appellant, ) | (N.D.Cal. No. C 07-4647 PJH (PR)) |
| vs. ) | N O T I C E  O F  A P P E A L |
| BEN CURRY, Warden, ) | |
| Respondent-Appellee. ) | |

Appeal from the Northern District
Federal Court of California,
Hon. Judge Phyllis J. Hamilton

TO THE HONORABLE PRESIDING JUSTICES OF THE NINTH CIRCUIT

Please take notice, that Petitioner/Appellant (hereoafter Appellant) moves this Honorable Ninth Circuit Appeals Court to reverse the order dismissing Appellant's claim against the California Board of Prison Hearings Commissioners (hereoafter BPH Commissioners), which Appellant maintains violated his due process rights under the fourteenth amendment, when the BPH Commissioners deliberately failed to hold Appellant's statutory required parole hearing on the scheduled date of November 5, 2006, and only held the subsequent parole hearing

Page-1-Notice of Appeal

after Appellant obtained an order from the Marin County Superior Court to hold the parole hearing. However, Appellant's subsequent parole was held some five months later on May 9-10, 2007. The problem is Appellant did not receive credit for the five months lost between the scheduled parole hearing of November 5, 2006 and May 9-10, 2007. If the BPH Commissioners in California can hold late hearings repeatedly and prisoners are denied any avenue of relief, Appellant maintains his constitutional due process rights were violated in accordance with **Sibron v. New York**, 392 U.S. 40, 57, 88 S.Ct. 1889-99, 20 L.Ed.2d 917 (1968).

Dated this 15th day of July, 2008.

                                Respectfully Submitted,

                                IVAN VON STAICH
                                Appellant In Pro Se
                                Without Bar Licensed Counsel

## PROOF OF SERVICE BY MAIL
## BY A PERSON IN STATE CUSTODY

I, **Ivan Von Staich**, declare:

I am over 18 years of age and I am party to this action. I am a resident of California Men's Colony State Prison, in the County of San Luis Obispo. My prison address is:

>IVAN VON STAICH CDC&R # E-10079
>California Men's Colony State Prison
>P.O.Box 8101 (AQ-1315)
>San Luis Obispo, Ca. 93409-8101

On 7-15-08, I served the attached:

— N O T I C E   O F   A P P E A L

on the party herein by placing true and correct copies thereof, enclosed in a sealed envelope (verified by prison staff), with postage thereon fully paid, in the United States Mail in the deposit box so provided at the above-named institution in which I am presently confined. The envelope was addressed as follow:

>U.S. Court of Appeals
>P.O.Box 193939
>San Francisco, Ca. 94119-3939
>
>Attn: Filing Clerk
>
>Office of the Attorney General
>455 Golden Gate Ave., Suite 11000
>San Francisco, Ca. 94102-7004

I declare under penalty of perjury under the laws of the State California that the foregoing is true and correct.

Executed on this 15th day of July, 2008, in the City of San San Luis Obispo, State of California.

Ivan Von Staich E-10079 (AQ-1315)

*/s/ Ivan Van Staich*
Declarant