APPEAL, E-Filing, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-04647-PJH
### Internal Use Only

Von Staich v. Curry  
Assigned to: Hon. Phyllis J. Hamilton  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 09/10/2007  
Date Terminated: 06/19/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Ivan Von Staich**  represented by  **Ivan Von Staich**  
E-10079  
California Men's Colony  
AQ-1315  
P.O. Box 8101  
San Luis Obispo, CA 93409-8101  
PRO SE

V.

**Respondent**

**Ben Curry**  represented by  **Scott Colin Mather**  
CA State Attorney General's Office  
455 Golden Gate Avenue, Suite 11000  
San Francisco, CA 94102-7004  
415-703-5709  
Fax: 415-703-5843  
Email: Scott.Mather@doj.ca.gov  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/10/2007 | 1 | PETITION for Writ of Habeas Corpus. Filed byIvan Von Staich. (far, COURT STAFF) (Filed on 9/10/2007) (Entered: 09/10/2007) |
| 09/10/2007 |   | CASE DESIGNATED for Electronic Filing. (far, COURT STAFF) (Filed on 9/10/2007) (Entered: 09/10/2007) |
| 09/10/2007 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Ivan Von Staich. (far, COURT STAFF) (Filed on 9/10/2007) (Entered: 09/10/2007) |

| | | |
|---|---|---|
| 09/13/2007 | 3 | ORDER TO SHOW CAUSE; GRANT OF LEAVE TO PROCEED IN FORMA PAUPERIS by Judge Phyllis J. Hamilton granting 2 Motion for Leave to Proceed in forma pauperis (Attachments: # 1 Certificate of Service) (nah, COURT STAFF) (Filed on 9/13/2007) (Entered: 09/13/2007) |
| 11/15/2007 | 4 | MOTION to Dismiss *Notice and Motion to Dismiss; Memorandum of Points and Authorities in Support* filed by Ben Curry. (Attachments: # 1 Exhibit 1 part 1 of 2# 2 Exhibit 1 part 2 of 2# 3 Exhibit 2# 4 Exhibit 3# 5 Exhibit 4# 6 Exhibit 5# 7 Exhibit 6# 8 Exhibit 7-8)(Mather, Scott) (Filed on 11/15/2007) (Entered: 11/15/2007) |
| 12/17/2007 | 5 | OBJECTIONS to re 4 MOTION to Dismiss *Notice and Motion to Dismiss; Memorandum of Points and Authorities in Support* by Ivan Von Staich. (far, COURT STAFF) (Filed on 12/17/2007) (Entered: 12/18/2007) |
| 01/14/2008 | 6 | Letter from Michele Fleming to Judge Hamilton. (far, COURT STAFF) (Filed on 1/14/2008) (Entered: 01/15/2008) |
| 06/19/2008 | 7 | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS by Judge Phyllis J. Hamilton granting 4 Motion to Dismiss (Attachments: # 1 Certificate of Service) (nah, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/19/2008) |
| 06/19/2008 | 8 | JUDGMENT, ***Civil Case Terminated. Signed by Judge Phyllis J. Hamilton on 6/19/08. (Attachments: # 1 Certificate of Service)(nah, COURT STAFF) (Filed on 6/19/2008) (Entered: 06/19/2008) |
| 07/28/2008 | 9 | NOTICE OF APPEAL as to 8 Judgment, Terminated Case, 7 Order on Motion to Dismiss by Ivan Von Staich. Filing fee $ 455-ifp. (hdj, COURT STAFF) (Filed on 7/28/2008) (Entered: 07/31/2008) |
| 07/28/2008 | 10 | MEMORANDUM in Support re 9 Notice of Appeal filed byIvan Von Staich. (Related document(s) 9 ) (hdj, COURT STAFF) (Filed on 7/28/2008) (Entered: 07/31/2008) |
| 07/28/2008 | 11 | EXHIBITS "Excerpts of Record" re 9 Notice of Appeal filed byIvan Von Staich. (Related document(s) 9 ) (hdj, COURT STAFF) (Filed on 7/28/2008) (Entered: 07/31/2008) |
| 07/28/2008 | 12 | MOTION for Leave to Appeal in forma pauperis filed by Ivan Von Staich. (hdj, COURT STAFF) (Filed on 7/28/2008) (Entered: 07/31/2008) |
| 08/04/2008 | 13 | ORDER DENYING AS MOOT MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL by Judge Phyllis J. Hamilton denying 12 Motion for Leave to Appeal in forma pauperis (Attachments: # 1 Certificate of Service) (nah, COURT STAFF) (Filed on 8/4/2008) (Entered: 08/04/2008) |
| 08/06/2008 | 14 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 9 Notice of Appeal (far, COURT STAFF) (Filed on 8/6/2008) (Additional attachment(s) added on 8/6/2008: # 1 USCA Notification Form) (far, COURT STAFF). (Entered: 08/06/2008) |