RECEIVED
AUG 1 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

IVAN VON STAICH,

       Petitioner - Appellant,

V.

BEN CURRY, Warden,

       Respondent - Appellee.

No.  08-16792

D.C. No.  3:07-cv- 04647-PJH
Northern District of California,
San Francisco

**TIME SCHEDULE
ORDER**

The parties shall meet the following time schedule:

**Mon., September 22, 2008**   Appellant/petitioner's opening brief and excerpts of
record shall be served and filed pursuant to FRAP 32
and 9th Cir. R. 32-1;

**Wed., October 22, 2008**   The brief of appellee/respondent shall be filed and
served, pursuant to FRAP 32 and 9th Cir. R. 32-1

**The optional appellant/petitioner reply brief shall be filed and served within
fourteen days of service of the appellee/respondent's brief, pursuant to FRAP
32 and 9th Cir. R. 32-1.**
**Failure of the appellant to comply with the Time Schedule Order will result in
automatic dismissal of the appeal.  9th Cir. R. 42-1**
**Appellants/Petitioners without representation of counsel in a prisoner appeal
may have their case submitted on the briefs and record without oral
argument, pursuant to FRAP 34(a).  Within 10 days of the filing of the
appellant's opening brief, parties may file a statement setting forth the
reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

RT

Ruben Talavera
Deputy Clerk